**Order filed December 12, 2019**



# In The

# Eleventh Court of Appeals

_____

## No. 11-19-00316-CR

_____

## IN RE CHRISTOPHER COBOS

**Original Proceeding**

### O R D E R

We have reviewed the "Motion to Disqualify or Recuse and Reverse Judgments" filed in this cause on December 5, 2019, as it pertains to seeking the recusal of Justice Mike Willson, Judge Dean Rucker, and Judge John Smith. With respect to Justice Mike Willson, he has not participated in any proceedings in this case. Accordingly, the motion to recuse him is moot. With respect to Judge Dean Rucker[1] and Judge John Smith, the motion is denied on the basis that these judges are not judges on this court over which this court would have authority to order their recusal. Accordingly, the "Motion to Disqualify or Recuse and Reverse Judgments"

---

[1]Cobos is mistaken in his assertion that Judge Dean Rucker assigned Senior Chief Justice Jim R. Wright to sit in this case. Senior Chief Justice Wright has been assigned to this court by order of Chief Justice Nathan Hecht of the Texas Supreme Court.

filed in this cause on December 5, 2019, is denied in its entirety by virtue of this order pertaining to Justice Mike Willson, Judge Dean Rucker, and Judge John Smith, and by virtue of separate orders entered with respect to Chief Justice John M. Bailey, Justice Keith Stretcher, and Senior Chief Justice Jim R. Wright.

Additionally, the "Motion to Reconsider" that was filed in this cause on December 9, 2019, is also denied.

PER CURIAM

December 12, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[2]

Willson, J., not participating.

---

[2]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.